DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

EDDIE A. TIFFANY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-1218

_____

July 24, 2024

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Kimberly K. Fernandez, Judge.

Eddie A. Tiffany, pro se

PER CURIAM.

Affirmed.

LaROSE, KHOUZAM, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.